In the Matter of TROY MCRAE, Petitioner, v BRIAN FISCH-ER, as Commissioner of Corrections and Community Supervision, et al., Respondents. [3 NYS3d 643]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Lahtinen, J.P., McCarthy, Rose and Lynch, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

In the Matter of the Claim of ARLENE K. PARRIS, Appellant. COMMISSIONER OF LABOR, Respondent. [3 NYS3d 644]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 10, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

Lahtinen, J.P., McCarthy, Rose and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.